UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TERELLE EUGENE SHAW, | Case No. 15-CV-2530 (PJS/SER) |
| Petitioner, | |
| v. | ORDER |
| STEVE HAMMER, Warden, | |
| Respondent. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner Terelle Eugene Shaw's petition for a writ of habeas corpus [ECF No. 1] be DENIED.

2. This action be DISMISSED.

3. Shaw's application to proceed *in forma pauperis* [ECF No. 2] be DENIED AS MOOT.

4. No certificate of appealability be granted.

Dated: June 24, 2015               *s/Patrick J. Schiltz*
                                   Patrick J. Schiltz
                                   U.S. District Judge